# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

JOHN AMOS BENAVIDES,

            Petitioner,

v.

W.L. MONTGOMERY,

            Respondent.

Case No. 21-cv-1186-BAS-RBM

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS (ECF No. 2)**

Petitioner, a state prisoner proceeding *pro se*, has submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1),[1] together with a request to proceed in forma pauperis ("IFP") (ECF No. 2). Petitioner represents that he has $0.00 on account at the California correctional institution in which he is presently confined. Therefore, Petitioner cannot afford the $5.00 filing fee. *See* 28 U.S.C. § 1914(a). Consequently, the Court **GRANTS** Petitioner's application to proceed IFP, and allows Petitioner to prosecute this action without being required to prepay fees or costs and

//

//

---

[1] On the same day that he commenced this action, Petitioner also filed a motion to stay proceedings so that he could "exhaust a couple of other claims through [California] state court." (ECF No. 3.) That motion is pending.

- 1 -

without being required to post security.  The Clerk of Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

**IT IS SO ORDERED.**

**DATED: January 6, 2022**

Hon. Cynthia Bashant
United States District Judge